In the Matter of the Probate of the Will of MERRY M. DENNIS, Deceased.

KENNETH DENNIS et al., Appellants; WILLIAM MACFARLANE, Respondent.

Argued April 17, 1939; decided May 16, 1939.

*J. Arthur Jennings* for appellants.

*William MacFarlane* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.